No. 71–5277.   CARTER v. COURT OF CRIMINAL APPEALS OF TEXAS, 404 U. S. 1012.   Motion for leave to file petition for rehearing denied.

MARCH 3, 1972

No. 71–1080.   UNITED MINE WORKERS OF AMERICA v. BRYANT, U. S. DISTRICT JUDGE.   Motion for leave to file petition for writ of mandamus denied.

MARCH 6, 1972

No. 71–929.   FORBUSH ET AL. v. WALLACE, GOVERNOR OF ALABAMA, ET AL.   Affirmed on appeal from D. C. M. D. Ala.

No. 71–5806.   CHARLESTON ET AL. v. WOHLGEMUTH ET AL.   Affirmed on appeal from D. C. E. D. Pa.   MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 71–805.   PHILADA HOME FUND, INC. v. BOARD OF REVIEW, OHIO BUREAU OF EMPLOYMENT SERVICES.   Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.